Form finmgt7 (09/2008)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:

Stephen Roger Nelson and Tracey Michelle Nelson

Case Number: 09–48086–PBS
Chapter: 7

Debtor(s).

## NOTICE OF REQUIREMENT TO FILE A CERTIFICATE OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT

You are notified that, subject to limited exceptions, debtor(s) must complete an instructional course in personal financial management and file with the court an Official Form 23, Certification of Completion of a Course in Personal Financial Management **OR** a Certificate of Debtor Education in order for debtor(s) to receive a discharge under chapter 7 (11 U.S.C. § 727). **The Financial Management course is in addition to the Credit Counseling that the debtor(s) received prior to filing the petition.**

Chapter 7 debtor(s) must file the Official Form 23 **OR** the Certificate of Debtor Education within 45 days after the first date set for the § 341 meeting of creditors, pursuant to Fed.R.Bankr.P. 1007(c). If a joint petition is filed, each spouse must complete and file a separate certification.

If you are exempt from the requirement of completing a financial management course under U.S.C. § 109(h)(4), you must file Official Form 23 and describe the reason for the exemption. The court will notify you of the date, time and place of a hearing to determine if you will be granted an exemption.

Unless you are exempt from the requirement (as described in the preceding paragraph), failure to file the Official Form 23 that includes the certificate number from the Certificate of Completion of a Financial Management Course **OR** the Certificate of Debtor Education will result in the case being closed without an entry of discharge. If the debtor(s) subsequently files a Motion to Reopen the Case to allow for the filing of the Official Form 23 **OR** the Certificate of Debtor Education, the debtor(s) must pay the full reopening fee due for the filing of the motion.

Dated: December 15, 2009

Mark L. Hatcher
Clerk of the Bankruptcy Court

By: /s/ Terri Russo
Deputy Clerk

The following entities were noticed by first class mail on Dec 17, 2009.
db         +Stephen Roger Nelson,    4617 Hilton NE Ave,   Albuquerque, NM 87110-1142
jdb        +Tracey Michelle Nelson,   6010 NE 214th Ave,   Vancouver, WA 98682-9003

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2009                    Signature:     *Joseph Speetjens*